## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:08 CV 255 |
| | § | |
| **YAHOO!, INC., AT&T, INC., and AOL, LLC** | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

**So ORDERED and SIGNED this 25th day of June, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**