**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:08-cv-255** |
| | § | |
| **YAHOO!, INC., et al.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is both parties' Agreed Motion to Dismiss AT&T, Inc. Without

Prejudice (Doc. No. 28).  AT&T Inc. agreed that it will not raise any objection based on any

applicable statute of limitations should Aloft later attempt to re-join AT&T Inc. into the above-

titled litigation.  Aloft agreed that AT&T Inc. does not waive any and all other defenses that

might be asserted should Aloft later attempt to rejoin AT&T Inc.

Accordingly, the parties' motion is GRANTED, and IT IS HEREBY ORDERED that

AT&T Inc. is hereby dismissed without prejudice according to the terms above.  Costs to be born

by the party incurring same.

**So ORDERED and SIGNED this 21st day of August, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**