IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., *et al.*, <br><br> Defendants. | Case No. 6:08-CV-255 (LED) |

## STIPULATION REGARDING DISMISSAL OF SBC INTERNET SERVICES D/B/A

## AT&T INTERNET SERVICES

Plaintiff Aloft Media, LLC ("Aloft"), Defendant SBC Internet Services d/b/a AT&T Internet Services ("AT&T"), and Defendant Yahoo! Inc. ("Yahoo!"), collectively referred to as the "Parties," hereby stipulate to the following pursuant to Federal Rule of Civil Procedure 29:

1.      Yahoo! and AT&T stipulate that Yahoo! alone developed the AT&T Yahoo! Browser, the product accused by Aloft to infringe the '443 and '691 patents in this lawsuit;

2.      Yahoo! and AT&T stipulate that all revenues generated from the AT&T Yahoo! Browser are collected by Yahoo!;

3.      Yahoo! and AT&T stipulate that pursuant to an agreement between Yahoo! and AT&T, Yahoo! pays a percentage of its revenues generated from the AT&T Yahoo! Browser to AT&T;

4.      Yahoo! and AT&T stipulate that AT&T does not generate any revenues from the AT&T Yahoo! Browser, other than the payments provided by Yahoo! pursuant to the agreement between Yahoo! and AT&T;

5.      Yahoo! stipulates that it will not rely, in any way, on the fact that AT&T is not a defendant in this case for purposes of establishing or contesting liability against Yahoo! or for purposes of assessing damages against Yahoo!;

6.      AT&T agrees to produce a deposition witness and documents sufficient to confirm that AT&T generates no revenue from the AT&T Yahoo! Browser, other than the payments provided by Yahoo! pursuant to the agreement between Yahoo! and AT&T, if requested by Aloft;

7.      AT&T otherwise agrees to produce discoverable documents and to provide witnesses to give discoverable testimony as requested by Aloft so long as Aloft reasonably meets and confers with AT&T about the appropriate scope of such discovery for any other purpose related to this litigation (as of the date of this Stipulation, Aloft has no present intention of seeking any other discovery from AT&T);

8.      Yahoo! agrees and stipulates that it will not move to transfer this case to another venue;

9.      Yahoo! also agrees and stipulates that the dismissal of AT&T does not alter the scope of the accused product(s) or otherwise affect, in any way, the other issues of fact or law in this case;

10.     Based on the representations by AT&T  and Yahoo! , Aloft agrees that it will dismiss AT&T with prejudice as to all claims brought against it in this lawsuit;

11.     Based on the representations by AT&T  and Yahoo!, the Parties will file a stipulation or motion with the Court pursuant to Rule 41(a) requesting a dismissal with prejudice of AT&T from this lawsuit;

12.    AT&T will not receive an express or implied license relating to the '443 or the '691 patents;

13.    AT&T shall retain its right to assert all defenses and/or claims in the event of any further litigation between it and Aloft, or any entity related to Aloft or its principals;

14.    Aloft (including any other entity related to Aloft or its principals) shall retain its right to assert patent rights as to any Aloft patents other than the '443 and/or the '691 patents as well as any other cause of action against AT&T; and

15.    Aloft and AT&T shall bear their own costs and attorneys' fees as to one another in this litigation.

Dated:  May 26, 2009

Respectfully submitted,

/s/ Eric Albritton (by permission Deborah Race)
Eric M. Albritton
Texas State Bar No. 00790215
Craig Tadlock
Texas State Bar No. 00791766
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

T. John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
Chris Cravey
Texas State Bar No. 24034398
Matthew R. Rodgers
Texas State Bar No. 24041802
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
cravey@wmalaw.com
mrodgers@wmalaw.com

**Attorneys For Plaintiff ALOFT MEDIA, LLC**

/s/ Brooks Beard (by permission Deborah Race)
Michael A. Jacobs (mjacobs@mofo.com)
Lead Attorney
Brooks M. Beard (bbeard@mofo.com)
Jian Ben Gao (jgao@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Otis W. Carroll (Texas Bar No. 03895700)
(otiscarroll@icklaw.com)
Deborah Race (Texas Bar No. 16448700)
(drace@icklaw.com)
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway
P.O. Box 7879
Tyler, Texas 75711-7879
Telephone:  (903) 561-1500
Facsimile:  (903) 581-1071

**Attorneys for Defendant YAHOO! INC.**

/s/ Linda Addison (by permission Deborah Race)

Linda L. Addison (Texas Bar No. 00903700)
(laddison@fulbright.com)
Eric B. Hall (Texas Bar No. 24012767)
(ehall@fulbright.com)
Daniel S. Leventhal (Texas Bar No. 24050923)
(dleventhal@fulbright.com)
Melanie B. Rother (Texas Bar No. 24041826)
(mrother@fulbright.com)
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Michael Edwin Jones (Texas Bar No. 10929400)
(mikejones@potterminton.com)
POTTER MINTON PC
110 N. College, Suite 500
P.O. Box 359
Tyler, Texas 75710-0359
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846

**Attorneys for Defendant SBC
INTERNET SERVICES, INC.,
d/b/a AT&T INTERNET SERVICES**

### CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 26th day of May, 2009.  Any other counsel of record will be served via electronic mail or facsimile transmission.

/s/ Deborah Race
Deborah Race