IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-cv-255 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| YAHOO!, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL

The Court grants the joint motion to dismiss filed by Aloft Media, LLC and SBC Internet Services d/b/a AT&T Internet Services. All claims between Aloft Media and SBC Internet Services d/b/a AT&T Internet Services in this action are hereby dismissed with prejudice in accordance with the Stipulation Regarding Dismissal of SBC Internet Services d/b/a AT&T Internet Services (Doc. No. 128). Each party is to bear its own costs and attorney fees.

**So ORDERED and SIGNED this 1st day of June, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE